## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **REMINGTYN A. WILLIAMS, et. al.,** | * | **CIVIL ACTION NUMBER:** |
| **Plaintiffs** | * | **21-cv-0852 c/w 21-1079** |
| | * | |
| **VERSUS** | * | **SECTION "P"** |
| | * | **JUDGE PAPILLION** |
| | * | |
| **SHAUN FERGUSON, et. al.,** | * | **MAGISTRATE "5"** |
| **Defendants** | * | **JUDGE NORTH** |
| | * | |
| | * | **RE: KATHARINE ARCHER** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendants, City of New Orleans, et al, who respectfully submits this Motion for Summary Judgment under Federal Rule of Civil Procedure 56.

As further described in the Defendants' Memorandum in Support of the Motion, there are no genuine issues of material fact that would prevent this Court from ruling that the Defendants are entitled to summary judgment as a matter of law.

Therefore, this Court should grant the Defendants' Motion for Summary Judgment and dismiss Plaintiffs' case with prejudice.

Respectfully submitted,

/s/ *Mark D. Macnamara*
**MARK DANIEL MACNAMARA, LSB# 24532**
ASSISTANT CITY ATTORNEY
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO ST., STE. 5E-03

2

NEW ORLEANS, LA 70112
TELEPHONE: (504) 658-9802
FACSIMILE: (504) 658-9868
*Counsel for the City of New Orleans*